FILED
CLERK, U.S. DISTRICT COURT

JAN 29 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAIME ROJAS,<br><br>Defendant. | Case No. 8:18-cr-00216-JLS<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including several alleged instances of illegal drug use, prior criminal history, including felony narcotics and weapons convictions and parole violations*

1     and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3     convincing evidence that he is not likely to pose a danger to the safety of any other
4     person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5     based on: *nature of current allegations, including several alleged instances of illegal drug use, prior*
6     *criminal history, including felony narcotics and weapons convictions and parole violations*

8     IT THEREFORE IS ORDERED that the defendant be detained pending further
9 revocation proceedings.

11 Dated: January 30, 2024

JOHN D. EARLY
United States Magistrate Judge